Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Attorneys for Plaintiff DIRECTV, INC.

Lacy Bierman
37638 Road 57
Dinuba, CA 93618
Defendant *Pro Se*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SUK MOUA, et al.,<br><br>Defendants. | Case No.: 1:03-cv-6676 REC DLB<br><br>Hon. Senior Judge Robert E. Coyle<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT LACY BIERMAN AND REQUEST TO RETAIN JURISDICTION;ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc. ("DIRECTV") through its counsel of record and Defendant LACY BIERMAN, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), as to Defendant LACY BIERMAN. Each of said parties to bear its/his own costs and attorney's fees.

The terms of the Confidential Settlement Agreement dated March 15, 2005 ("Agreement") entered into between the Defendant and DIRECTV require installment payments from Defendant, the last of which is not due to be received until May 2005. If the Defendant does not make any payment under the Agreement when due, DIRECTV is authorized to seek the entry of a Judgment in this action against Defendant pursuant to a Stipulation for Entry of Judgment ("Stipulation") executed by the parties concurrently with the Agreement. The parties therefore

PDF created with pdfFactory trial version www.pdffactory.com

1  have consented, and hereby further stipulate and consent to, the retention of jurisdiction over
2  them by this Court and to reference to a Magistrate Judge in this District for the purpose of
3  enforcing the payment terms of the Agreement, including entering a Judgment against Defendant
4  pursuant to the Stipulation.  The parties therefore respectfully request that the Court retain such
5  jurisdiction.

DATED: April 20, 2005                    Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation


By: /s/ Sandeep J. Shah
    Sandeep J. Shah
    Attorneys for Plaintiff DIRECTV, Inc.

DATED: April 15, 2005


By: /s/ Lacy Bierman
    Lacy Bierman
    Defendant *Pro Se*

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant LACY BIERMAN and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

    (1)    Defendant LACY BIERMAN is hereby dismissed from this action without prejudice;

    (2)    Each of said parties to bear its/his own costs and attorney's fees; and

    (3)    The Court shall retain jurisdiction over DIRECTV and Defendant LACY BIERMAN to enforce the terms described above of the Settlement Agreement between those parties dated March 15, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated: April 26, 2005

                           __/s/ ROBERT E. COYLE_____
                           Honorable Senior Judge Robert E. Coyle
                           Judge of the United States District Court
                           Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, NEMER, FIELDS & YOUNGER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On April 21, 2005, I served the foregoing document described as: **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT LACY BIERMAN AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Lacy Bierman
37638 Road 57
Dinuba, CA 93618
**(Defendant *Pro Se*)**

**[X]   BY MAIL**   I am a resident of, or employed in, the county where the mailing occurs; I am over the age of 18 years and am not a party to the cause. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter, Nemer, Fields & Younger in Irvine, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

**[X]**   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 21, 2005, at Irvine, California.

　　　　Debby Bodkin　　　　　　　　　　　　　/s/ Debby Bodkin　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　(Signature)

PDF created with pdfFactory trial version www.pdffactory.com