1  Alan J. Kessel (Cal. Bar No.: 130707)
   Keli N. Osaki (Cal. Bar No.: 179920)
2  Sandeep J. Shah (Cal. Bar No.: 210449)
   **BUCHALTER, NEMER, FIELDS & YOUNGER**
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, California 92612-0514
   Telephone:(949) 760-1121
5  Facsimile: (949) 720-0182
   E-mail: sshah@buchalter.com
6
7  Attorneys for Plaintiff DIRECTV, INC.

8  **UNITED STATES DISTRICT COURT**
9  **EASTERN DISTRICT OF CALIFORNIA**
10 **FRESNO DIVISION**

11
12 DIRECTV, INC., a California corporation, | Case No. CIV-F-03-6676 REC DLB
13                Plaintiff,                | Hon. Senior Judge Robert E. Coyle
14         vs.                              | **ORDER OF DISMISSAL OF DEFENDANTS SUK MOUA AND PATRICK LENAHAN**
15 SUK MOUA, et al.,
16                Defendants.

17 **ORDER**

18         Having read the Notice of Voluntary Dismissal of Defendant SUK MOUA and
19 Notice of Voluntary Dismissal of Defendant PATRICK LENAHAN, both filed on January 6,
20 2005 by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the
21 Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:
22         1.     This action is hereby dismissed without prejudice as against Defendant SUK
23 MOUA and Defendant PATRICK LENAHAN ("Defendants");
24         2.     Each party shall bear its/his own attorney's fees and costs incurred in this action to
25 date; and
26 / / /
27 / / /
28 / / /

BNFY 353056v1                              -1-                      (CIV-F-03-6676 REC DLB)
**ORDER OF DISMISSAL OF DEFENDANTS SUK MOUA AND PATRICK LENAHAN**

PDF created with pdfFactory trial version www.pdffactory.com

3. As Defendants are the last remaining active Defendants in this action, this entire action as to all remaining claims is hereby terminated in full.

DATED: July 25, 2005

                __/s/ ROBERT E. COYLE
                Honorable Senior Judge Robert E. Coyle
                United States District Court
                Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, NEMER, FIELDS & YOUNGER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On July 18, 2005, I served the foregoing document described as: **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SUK MOUA** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

**\*\*\*SEE ATTACHED LIST\*\*\***

**[X]    BY MAIL**   I am a resident of, or employed in, the county where the mailing occurs; I am over the age of 18 years and am not a party to the cause. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter, Nemer, Fields & Younger in Irvine, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

**[X]**   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 18, 2005, at Irvine, California.

Laura Urias

_____
(Signature)

BNFY 353056v1                                    -3-                          (CIV-F-03-6676 REC DLB)

**ORDER OF DISMISSAL OF DEFENDANTS SUK MOUA AND PATRICK LENAHAN**

PDF created with pdfFactory trial version www.pdffactory.com

**SERVICE LIST**

Suk Moua
4739 E. Church Avenue, Apt. 5
Fresno, California 93725-1730

**[Defendant]**

Patrick Lenahan
7570 N. Trellis Circle
Fresno, California 93720

**[Defendant]**

BNFY 353056v1　　　　　　　　　　　-4-　　　　　　　　　　(CIV-F-03-6676 REC DLB)

**ORDER OF DISMISSAL OF DEFENDANTS SUK MOUA AND PATRICK LENAHAN**

PDF created with pdfFactory trial version www.pdffactory.com